IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:21CR260 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP II |
| | ) | |
| v. | ) | |
| | ) | |
| GREGORY J. GERBER, | ) | UNITED STATES' UNOPPOSED |
| | ) | MOTION TO CONTINUE STATUS |
| Defendant. | ) | CONFERENCE |
| | ) | |

The United States of America, by its counsel, Bridget M. Brennan, Acting United States Attorney, and Megan R. Miller, Assistant United States Attorney, respectfully requests that this Court continue the status conference for Defendant Gregory J. Gerber until the next mutually convenient date for the Court and the parties, to any date after November 2, 2021.

The status conference is currently set for October 6, 2021, at 10:00 a.m. Undersigned counsel is currently in trial before the Honorable Pamela A. Barker in the *United States v. Rakhit, et. al.* matter, and the trial is expected to continue for at least another two weeks. Therefore, the government requests a brief continuance of the status conference until such time as is mutually convenient for the parties and the Court. The government has conferred with counsel for Defendant Gerber, and defense counsel does not oppose this continuance. This request is made in good faith and not for the purposes of delay.

Accordingly, the United States respectfully requests that the Court reschedule the status conference for Defendant Gerber to any date after November 2, 2021.

        Respectfully submitted,

        BRIDGET M. BRENNAN
        Acting United States Attorney

By:   /s/ Megan R. Miller
        Megan R. Miller (OH: 0085522)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3855
        (216) 522-8355 (facsimile)
        Megan.R.Miller@usdoj.gov